## Commonwealth *v.* Zimmerman, Appellant.

Submitted December 9, 1969. *Elizabeth Langford Green* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Cornfield *v.* Todd, Appellant.

Argued March 20, 1970, *Joseph M. Gindhart,* with him *Krusen, Evans and Byrne,* for appellant; *Bernard M. Gross,* with him *Gross, Sklar & Lorry,* for appellee.

Order affirmed.

WRIGHT, P. J., and SPAULDING, J., dissent.